U.S. District Judge BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHRISTOPHER M. JENKINS, | CASE NO. C19-6091-BHS |
| Plaintiff, | ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's unopposed Motion For Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $15,799 pursuant to 42 U.S.C. § 406(b).

DATED this 4th day of May, 2023.

Benjamin H. Settle
U.S. District Judge

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-6091-BHS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

- Page 1

Presented by:

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

DATED: April 17, 2023

                                                                      /s/ JEANETTE LAFFOON
                                                                      JEANETTE LAFFOON, WSBA #30872
                                                                      Attorney for Plaintiff

## CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing proposed ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DAVID J. BURDETT
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS 221A
Seattle, WA  98104-7075
david.burdett@ssa.gov

DATED:  April 17, 2023

                                                                      /s/ Jeanette Laffoon
                                                                      Jeanette Laffoon, Attorney
                                                                      MADDOX & LAFFOON, P.S.
                                                                      jeanettelaffoon@gmail.com
                                                                      sirenad@maddox-laffoon.com

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-6091-BHS]

- Page 2

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276